## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 12-CR-40001-WDS |
| BRYAN C. KRAMER, | ) ) | |
| Defendant. | ) ) | |

### ORDER ADPOTING REPORT AND RECOMMENDATION

**STIEHL, District Judge:**

On September 4, 2013, the United States of America and defendant Bryan C. Kramer consented to appear before Magistrate Judge Philip M. Frazier pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Counts 1 and 2 of the Superseding Indictment.

On the same date, Judge Frazier submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 77).

The Report included a notice to the parties informing them of their right to appeal by way of filing "Objections" within fourteen (14) days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct de novo review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Frazier's Report and Recommendation (Doc. 171), **ACCEPTS** defendant Bryan C. Kramer's plea of

2

guilty, and **ADJUDGES** defendant Bryan C. Kramer guilty of Counts 1 and 2 of the Superseding Indictment.

In light of the plea of guilty, the defendant's motion to continue the trial and final pretrial conference are **DENIED** as moot.


**IT IS SO ORDERED.**

**DATE: <u>18 September, 2013</u>**


<u> /s/ **WILLIAM D. STIEHL**</u>
          **DISTRICT JUDGE**